**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| COC Consulting, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-00034-ACL |
| | ) | |
| vs. | ) | |
| | ) | |
| Americare Systems, Inc., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## JOINT REPORT OF THE PARTIES REGARDING ARBITRATION

COMES NOW the Parties, by and through Counsel, and inform the Court regarding the status of arbitration. The Parties have scheduled an arbitration for the week of 10/19/26 with Miles Mediation. The arbitration panel will consist of Robert Litz, Esq. Hon. Robert Cohen and William Thomas, Esq. The parties will provide an update to the court after the arbitration.

Respectfully submitted,

*/s/ James K. Schleiffarth*
James K. Schleiffarth, #59892
SCHLEIFFARTH LAW FIRM LLC
225 S. Meramec Avenue., Ste. 325
St. Louis, MO 63015
Phone: (314) 315-4117
jks@sch-law.com
***Attorney for Plaintiff***

*/s/Stephen J. Fields*
Stephen J. Fields, #54068
Evan M. Porter, #63168
BRINKER & DOYEN, L.L.P.
34 N. Meramec Avenue, 5th Floor
Clayton, Missouri 63105
(314) 863-6311 Telephone
(314) 863-8197 Facsimile
sfields@brinkerdoyen.com
eporter@brinkerdoyen.com
***Attorneys for Defendant Americare Systems, Inc.***

*/s/ Henry F. Luepke*
Henry F. Luepke #38785
HEIN SCHNEIDER & BOND P.C.
2244 S. Brentwood Blvd.
St. Louis, MO 63144
Phone: (314) 863-9100
Fax: (314) 863-9101
hfl@hsbattorneys.com
***Attorneys for Plaintiff***